# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Thomas, Sidney R. | **2. Court or Organization**<br><br>Ninth Circuit Court of Appeals | **3. Date of Report**<br><br>06/06/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Circuit Judge (Active) | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>P.O. Box 31478<br>Billings MT 59107-1478 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Ninth Circuit Historical Society |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 06/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 06/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 06/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Northwest Billings Associates (Partnership) | D | Distribution | J | W | | | | | |
| 2. | UBS USA Deposit Account | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | | |
| 4. | First Trust ISE Cloud Index (SKYY) (Investment Account} | A | Dividend | J | T | Buy | 05/11/20 | J | | |
| 5. | First Trust NASDDAQ Cybersecurity EFT (CIBR) (Investment Account) | A | Dividend | J | T | Buy | 05/11/20 | J | | |
| 6. | iShares NASDAQ Biotech EFT (IBB) (Investment Account) | A | Dividend | J | T | Buy | 05/11/20 | J | | |
| 7. | Robo Global ETF (ROBO) (Investment Account) | A | Dividend | J | T | Buy | 05/11/20 | J | | |
| 8. | Vanguard S&P 500 ETF (VOO) (Investment Account) | A | Dividend | J | T | Sold (part) | 01/14/20 | J | B | |
| 9. | | | | | | Buy (add'l) | 04/07/20 | J | | |
| 10. | | | | | | Buy (add'l) | 04/07/20 | J | | |
| 11. | | | | | | Buy (add'l) | 04/08/20 | J | | |
| 12. | | | | | | Sold (part) | 05/11/20 | J | B | |
| 13. | | | | | | Sold (part) | 10/21/20 | J | D | |
| 14. | AB Large Cap Growth Fund (APGYX) (Investment Account) | A | Dividend | J | T | Sold (part) | 01/14/20 | J | B | |
| 15. | | | | | | Buy (add'l) | 05/11/20 | J | | |
| 16. | Blackrock Mid-cap Growth EQ (CMGIX) (Investment Account) | | None | J | T | Buy | 10/21/20 | J | | |
| 17. | Clearbridge International Growth (LMGNX) (Investment Account) | A | Dividend | J | T | Buy | 01/14/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 06/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/08/20 | J | A | |
| 19. | | | | | Sold (part) | 05/11/20 | J | A | |
| 20. Janus Henderson Global Equity Income Fund)(HFQIX) (Investment Account) | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 21. | | | | | Sold (part) | 04/08/20 | J | A | |
| 22. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 23. JP Morgan Equity Income Fund (HLIEX) (Investment Account) | A | Dividend | J | T | Sold (part) | 01/14/20 | J | B | |
| 24. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 25. Pimco Stocks Plus Int Fund (PIUHX) (Investment Account) | A | Dividend | J | T | Sold (part) | 01/14/20 | J | B | |
| 26. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 27. Vanguard Mid-Cap Index Fund (VIMAX) (Investment Account) | A | Dividend | J | T | Sold (part) | 01/14/20 | J | A | |
| 28. | | | | | Sold (part) | 04/07/20 | J | C | |
| 29. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 30. AB Intermediate Muni Fund (AIDYX) (Investment Account) | A | Dividend | J | T | Buy (add'l) | 01/14/20 | J | | |
| 31. | | | | | Sold (part) | 05/11/20 | J | A | |
| 32. Columbia Stragic Muni Income Fund (CATAX) (Investment Account) | A | Dividend | J | T | Buy (add'l) | 01/14/20 | J | | |
| 33. | | | | | Sold (part) | 05/11/20 | J | A | |
| 34. Bond Fund of America Fund Class F2 (LTEFX) (Investment Account) | | None | J | T | Buy | 01/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 06/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nuveen High Yield Muni Bond (NHMRX) (Investment Account) | A | Dividend | J | T | Buy | 05/11/20 | J | | |
| 36. Nuveen Short Duration High Yield Muni Fund (NVHIX)(Investment Account) | A | Dividend | J | T | Buy (add'l) | 01/14/20 | J | | |
| 37. | | | | | Sold (part) | 05/11/20 | J | C | |
| 38. American Funds Euro Pacific Growth Fund (AEPFX) (Investment Account) | | None | | | Sold | 01/12/20 | J | C | |
| 39. American Funds New World Fund (NFFFX) (Investment Account) | | None | | | Sold | 01/14/20 | J | C | |
| 40. American Funds Small Cap World Fund (SMCFX) (Investment Account) | | None | | | Sold (part) | 01/14/20 | J | A | |
| 41. | | | | | Sold | 04/07/20 | J | C | |
| 42. Blackrock High Yield Muni Fund (BHYIX) (Investment Account) | A | Dividend | | | Buy (add'l) | 01/14/20 | J | | |
| 43. | | | | | Sold | 05/11/20 | J | A | |
| 44. Tax Exempt Bond Fund of America (TEAFX) (Investment Account) | A | Dividend | | | Buy (add'l) | 01/14/20 | J | | |
| 45. | | | | | Sold | 05/11/20 | J | A | |
| 46. JP Morgan Emerging Markets (Investment Account) | | None | | | Buy | 01/14/20 | J | | |
| 47. | | | | | Sold | 05/11/20 | J | C | |
| 48. First Trust ISE EFT (SKYY) (IRA Account) | A | Dividend | J | T | Buy | 05/11/20 | J | | |
| 49. | | | | | Sold (part) | 12/08/20 | J | B | |
| 50. Cybersecurity EFT (CIBR) (IRA Account) | A | Dividend | J | T | Buy | 05/11/20 | J | | |
| 51. | | | | | Sold (part) | 12/08/20 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thomas, Sidney R.** | 06/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. ROBO Global EFT (ROBO) (IRA Account) | A | Dividend | J | T | Buy | 05/11/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 54. | | | | | Sold<br>(part) | 12/08/20 | J | B | |
| 55. Vanguard S&P 500 Fund EFT (VOO) (IRA Account) | A | Dividend | J | T | Sold<br>(part) | 01/14/20 | J | B | |
| 56. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 57. | | | | | Buy<br>(add'l) | 04/08/20 | J | | |
| 58. | | | | | Sold<br>(part) | 5/11/20 | J | C | |
| 59. | | | | | Sold<br>(part) | 10/21/20 | J | D | |
| 60. | | | | | Sold<br>(part) | 12/08/20 | J | D | |
| 61. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 62. AB Large Cap Growth Fund (APGYX) (IRA Account) | | None | J | T | Sold<br>(part) | 01/14/20 | J | B | |
| 63. | | | | | Buy | 05/11/20 | J | | |
| 64. | | | | | Sold<br>(part) | 12/08/20 | J | B | |
| 65. American Funds Small Cap World Fund (SMCFX) (IRA Account) | | None | J | T | Sold<br>(part) | 01/14/20 | J | A | |
| 66. | | | | | Sold<br>(part) | 04/07/20 | J | C | |
| 67. | | | | | Buy | 12/08/20 | J | | |
| 68. Blackrock Emerging Markets Fund Inc (MADCX) (IRA Account) | | None | J | T | Buy | 12/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 06/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Clearbridge Intrntl Growth Fund (LMGNX (IRA Account) | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 70. | | | | | | Sold (part) | 04/08/20 | J | A | |
| 71. | | | | | | Sold (part) | 05/11/20 | J | A | |
| 72. | | | | | | Buy (add'l) | 12/08/20 | J | | |
| 73. | Janus Henderson Equity Income Fund (HFQIX) (IRA Account) | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 74. | | | | | | Sold (part) | 04/08/20 | J | A | |
| 75. | | | | | | Buy | 05/11/20 | J | | |
| 76. | | | | | | Buy (add'l) | 12/08/20 | J | | |
| 77. | JP Morgan Equity Income Fund (HLIEX) (IRA Account) | A | Dividend | J | T | Sold (part) | 01/14/20 | J | B | |
| 78. | | | | | | Buy | 05/11/20 | J | | |
| 79. | MFS Mid-Cap Value (MCVIX) (IRA Account) | A | Dividend | J | T | Buy | 12/08/20 | J | | |
| 80. | Vanguard Small Cap Index Fund (VSIAX) (IRA Account) | A | Dividend | J | T | Sold (part) | 01/14/20 | J | A | |
| 81. | | | | | | Sold (part) | 04/07/20 | J | C | |
| 82. | Vanguard Mid-Cap Index Fund (VIMAX) (IRA Account) | A | Dividend | J | T | Sold (part) | 01/14/20 | J | A | |
| 83. | | | | | | Sold (part) | 04/07/20 | J | B | |
| 84. | | | | | | Buy | 05/11/20 | J | | |
| 85. | | | | | | Buy (add'l) | 12/08/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 06/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Alpha Centric Income Opp Fund (IOFIX) (IRA Account) | A | Dividend | J | T | Buy (add'l) | 01/04/20 | J | | |
| 87. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 88. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 89. JP Morgan Core Bond Fund (WOBDX) (IRA Account) | A | Dividend | J | T | Buy (add'l) | 01/14/20 | J | | |
| 90. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 91. | | | | | Sold (part) | 12/08/20 | J | C | |
| 92. Lord Abbett Short Duration Income (LDLFX) Fund (IRA Account) | A | Dividend | J | T | Buy (add'l) | 01/14/20 | J | | |
| 93. | | | | | Sold (part) | 05/11/20 | J | B | |
| 94. | | | | | Sold (part) | 12/08/20 | J | A | |
| 95. Pimco Income Fund (PONPX) (IRA Account) | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 96. | | | | | Sold (part) | 05/11/20 | J | B | |
| 97. | | | | | Buy | 12/08/20 | J | | |
| 98. Amer Funds Europacific Growth Fund (AEPFX) (IRA Account) | | None | | | Sold | 01/14/20 | J | D | |
| 99. American Funds New World Fund (NFFFX) (IRA Account) | | None | | | Sold | 01/14/20 | J | C | |
| 100. Blackrock High Yield Bond Fund (MAYHX) (IRA Account) | A | Dividend | | | Buy (add'l) | 01/14/20 | J | | |
| 101. | | | | | Sold | 04/02/20 | J | C | |
| 102. Blackrock Mid-Cap Growth (IRA Account) | | None | | | Buy | 10/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 12/08/20 | J | D | |
| 104. Lord Abbett Ultra Short Bond Fund (LUBFX) (IRA Account) | A | Dividend | | | Sold | 01/14/20 | J | C | |
| 105. Pimco Income Fund (PIMIX) (IRA Account) | A | Dividend | | | Sold (part) | 01/14/20 | J | B | |
| 106. | | | | | Buy | 05/11/20 | J | | |
| 107. | | | | | Sold | 12/08/20 | J | C | |
| 108. iShares NASDAQ Biotech (IRA Account) | A | Dividend | | | Buy | 05/11/20 | J | | |
| 109. | | | | | Sold | 12/08/20 | J | B | |
| 110. JP Morgan Emerging Markets (IRA Account) | | None | | | Buy | 01/14/20 | J | | |
| 111. | | | | | Sold | 05/11/20 | J | D | |
| 112. U.S. Bank Accounts | A | Interest | M | T | | | | | |
| 113. Wells Fargo Account | A | Interest | K | T | | | | | |
| 114. Real Property - Alfalfa County Oklahoma | A | Distribution | K | W | | | | | |
| 115. Mineral Interest - Alfalfa County Oklahoma | C | Royalty | J | T | | | | | |
| 116. Janus Short Term BD (JABX) (Second IRA Account) | A | Dividend | L | T | | | | | |
| 117. Wells Fargo Advtg Short Term Bd Inv (SSTVX) (Second IRA Account) | A | Dividend | K | T | | | | | |
| 118. Vanguard Growth (VUG) (Second IRA Account) | B | Dividend | N | T | | | | | |
| 119. Ishares Edge MSCI USA Quality Factor ETF (QUAL) (Second IRA Account) | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 06/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Vanguard Large Cap ETF IV (VV) (Second IRA Account) | D | Dividend | N | T | | | | | |
| 121. Vanguard Short Term Treasury (VGSH) (Second IRA Account) | C | Dividend | M | T | | | | | |
| 122. Vanguard Short Term Bond Index (VBISX) (Second IRA Account) | D | Dividend | N | T | | | | | |
| 123. Graniteshares Xout US Large Cap ETF (XOUT) (Second IRA Account) | | None | L | T | Buy | 11/27/20 | L | | |
| 124. ARK Genomic Revolution ETF (ARKG) (Second IRA Account) | | None | K | T | Buy | 12/07/20 | K | | |
| 125. iShares Russell 1000 Growth ETF (IWF) (Second IRA Account) | A | Dividend | L | T | Buy | 07/22/20 | L | | |
| 126. Invesco NASDAQ Next Gen 100 ETF (QQQJ) (Second IRA Account) | A | Dividend | L | T | Buy | 11/27/20 | L | | |
| 127. SPDR Fund Consumer Stapes ETF (XLP) (Second IRA Account) | B | Dividend | L | T | Buy | 05/13/20 | L | | |
| 128. Select Sectory Health Care SPDR ETF (XLV) (Second IRA Account) | A | Dividend | L | T | Buy | 05/20/20 | L | | |
| 129. Vanguard Utilities (VPU) (Second IRA Account) | A | Dividend | | | Sold | 03/17/20 | J | A | |
| 130. Ishares Small Cap 600 (IJS) (Second IRA Account) | | None | | | Sold | 03/11/20 | K | A | |
| 131. Ishares Core S&P 500 (IVV) (Second IRA Account) | | None | | | Sold | 03/05/20 | M | E | |
| 132. Vanguard Value (VTV) (Second IRA Account) | | None | | | Sold | 03/17/20 | M | A | |
| 133. Vanguard Dividend Appreciation (VIG) (Second IRA Account) | A | Dividend | | | Sold | 03/27/20 | K | A | |
| 134. Invesco QQQ Trust (QQQ) (Second IRA Account) | | None | | | Buy | 03/23/20 | L | | |
| 135. | | | | | Sold | 03/24/20 | L | C | |
| 136. Vaneck Vectors Gold Miners ETF (GDX) (Second IRA Account) | | None | | | Buy | 03/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thomas, Sidney R.** | 06/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold | 11/30/20 | K | A | |
| 138.  iShares TIPS BOND ETF (TIP) (Second IRA Account) | A | Dividend | | | Buy | 06/29/20 | K | | |
| 139. | | | | | Sold | 11/17/20 | K | A | |
| 140.  Vanguard Short-Term Investment Grade INV (VFSTX) | A | Dividend | | | Buy | 06/29/20 | K | | |
| 141. | | | | | Sold | 11/17/20 | K | A | |
| 142.  Schwab Govt Money Fund (SNVXX) (Second IRA Account) | A | Dividend | | | Sold | 01/17/20 | M | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thomas, Sidney R.** | 06/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This report does not contain listing of assets and property that are solely owned by my spouse or children. Those assets were not derived from my assets, income, or activities. I have no control over those assets. I possess no interest, income or benefit from any of the omitted assets, nor do I expect to receive any interest or benefit from them. I have no personal knowledge of the details of any of the omitted assets, except that it has been represented to me that none of the assets consist of common stocks.

In Part VII, several funds are listed twice because they were purchased in separate investment accounts. These investments are differentiated as "Investment Account," "IRA Account," or "Second IRA Account."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sidney R. Thomas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544